[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-12624
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00076-CR-HLM-4

UNITED STATES OF AMERICA,

                                                                    Plaintiff-Appellee,

                              versus

RALPH TRAVIS ELLIS,

                                                                    Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(February 23, 2009)

Before BLACK, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

John C. Leggett, appointed counsel for Ralph Travis Ellis, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ellis's convictions, revocation of supervised release, and sentences are **AFFIRMED**.